```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 45638
    RONALD J YACKLEY
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-7411


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/13/04 and confirmed on 04/15/05.

    2.  The case was dismissed after confirmation, 05/09/2008.

    3.  The Debtor paid a total of $  25900.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP        CURRENT MORTG         .00             .00             .00
HOMEQ SERVICING CORP        MORTGAGE ARRE    22571.29             .00        22571.29
ILLINOIS DEPT REVENUE       PRIORITY          1635.15          137.48             .00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED            .00             .00
COLLECTION COMPANY OF AM    UNSECURED        NOT FILED            .00             .00
MEDICAL BUSINESS BUREAU     UNSECURED        NOT FILED            .00             .00
JP MORGAN CHASE BANK        UNSECURED        NOT FILED            .00             .00
CAPITAL ONE FINANCIAL       UNSECURED        NOT FILED            .00             .00
FINANCIAL CREDIT CORP       UNSECURED        NOT FILED            .00             .00
IC SYSTEMS                  UNSECURED        NOT FILED            .00             .00
ASSET ACCEPTANCE CORP       UNSECURED         4614.92          188.75             .00
HARVARD COLLECTION SERVI    UNSECURED        NOT FILED            .00             .00
ASSET ACCEPTANCE CORP       UNSECURED           89.19             .03             .00
NCM TRUST                   UNSECURED         5040.19          206.17             .00
MEDICAL BUSINESS BUREAU     UNSECURED        NOT FILED            .00             .00
MEDICAL BUSINESS BUREAU     UNSECURED        NOT FILED            .00             .00
ILLINOIS DEPT REVENUE       UNSECURED         2806.75           27.78             .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22571.29    1635.15     12551.05         .00        36757.49
PRINCIPAL PAID      22571.29        .00          .00         .00        22571.29
INTEREST PAID            .00     137.48       422.73         .00          560.21
TOTAL PAID          22571.29     137.48       422.73         .00        23131.50
The Debtor's attorney, SUSAN G CASTAGNOLI            , was allowed $   2700.00
and was paid $  1006.00  direct and $   1694.00  through the plan.

The Trustee received $   1074.50 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE